Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE       FORM 1

| | |
|---|---|
| PF America Inc.<br><br>                            Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>                            Defendant. | **S U M M O N S**<br><br>Court No. 22-00060 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

      **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

                                              **/s/ Mario Toscano**
                                              Clerk of the Court

### PROTEST

| Port(s) of Entry: | 1102 (Chester, PA) | Center (if known): | CEE009 - Industrial and Manufacturing Materials |
|---|---|---|---|
| Protest Number: | See Attached Schedule | Date Protest Filed: | See Attached Schedule |
| Importer: | PF America Inc. | Date Protest Denied: | See Attached Schedule |
| Category of Merchandise: | Flooring | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See Attached Schedule | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

                                            Jason M. Kenner Esq.
                                            Sandler, Travis & Rosenberg, P.A.
                                            675 Third Avenue, Suite 1805-06
                                            New York, NY 10017
                                            (212) 549-1137

                                      Name, Address**,** Telephone Number
                                      and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Flooring Coverings:Vinyl Tile | 3918.10.1000 9903.88.03 | 25% ad valorem | 3918.10.1000 9903.88.46 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Protests filed pursuant to 19 U.S.C. 1514(a)(2),(3) and (5) contesting assessment of 25% ad valorem duties on subject goods pursuant to Sec. 301 of Trade Act of 1974, 19 U.S.C. 2411 ("Section 301 duties"). Plaintiff contests assessment of Section 301 duties on goods covered by this action as they qualified for exclusion from Section 301 duties pursuant to 9903.88.46.

The issue which was common to all such denied protests:

Whether imported goods qualify for Section 301 exclusion and classification in subheading 9903.88.46

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Jason M. Kenner
_____
*Signature of Plaintiff's Attorney*

03/01/2022
_____
*Date*

Form 1-3

**SCHEDULE OF PROTESTS**

CEE009 - Industrial and Manufacturing Materials
_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 110221100454 | 4/14/2021 | 9/03/2021 | 73990108737 | 11/19/2019 | 10/16/2020 | 1102 |
| 110221100478 | 5/26/2021 | 9/03/2021 | 73990110386 | 1/03/2020 | 11/27/2020 | 1102 |
| 110221100461 | 4/27/2021 | 9/03/2021 | 73990109099 | 12/3/2019 | 10/30/2020 | 1102 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)